IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL BUSH,

    Plaintiff,

vs.                                    CASE NO. 3:10cv502/RS-EMT

NASH-FINCH COMPANY,

    Defendant.
_____/

## ORDER

The relief requested by Defendant's Agreed Motion For Extension Of Time (Doc. 6) is **granted**.

**ORDERED** on February 18, 2011.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**