IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL BUSH,

    Plaintiff,

vs.                                  CASE NO. 3:10cv502/RS-EMT

GROCERY SUPPLY ACQUISITION
CORP.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before me is the Joint Stipulation For Dismissal With Prejudice (Doc. 11).

**IT IS ORDERED:**

1. This case is dismissed with prejudice.

2. The clerk is directed to close the file.

**ORDERED** on April 4, 2011.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**